THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jermaine
 Rashard Nelson, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No. 2008-UP-425
Submitted July 1, 2008  Filed July 23,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Jermaine Nelson appeals his sentence for two counts of
 second-degree burglary and one count of strong armed robbery.  On appeal,
 Nelson argues his sentence is unconstitutionally disproportionate and
 constitutes cruel and unusual punishment.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Nelsons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.